1  ANTHONY J. BRASS, SBN: 173302
   3223 Webster Street
2  San Francisco, CA 94123
   Telephone:  (415) 922-5462
3
   Counsel for Defendant
4  Monleto Lamont Holly

5

6                  IN THE UNITED STATES DISTRICT COURT

7               FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,           )    No. CR 08-00469-1SBA
                                       )
10              Plaintiff,             )    **STIPULATION AND [PROPOSED]**
   vs.                                 )    **ORDER REGARDING SENTENCE**
11                                     )    **REDUCTION UNDER U.S.S.G. §**
   Monleto Lamont Holly,               )    **1B1.10(b)(1) (AS AMENDED BY 750,**
12                                     )    **PARTS A & C)**
                Defendant.             )
13 _____ )

14

15 **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting

16 through their respective counsel, that:

17

18 1.      The defendant is making an unopposed motion for a modification of his sentence

19         pursuant to 18 U.S.C. § 3582(c)(2).

20

21 2.      Defendant's original guideline calculation was as follows:

22         Total Offense Level:  25

23         Criminal History Category:    IV

24         Guideline Range:       84 to 105 Months

25         Mandatory Minimum: 60 months

26

Stipulation Reduction Sentence                    1

1    3.    Defendant was sentenced to 84 months imprisonment on December 16, 2008.

2    4.    According to the Bureau of Prisons, defendant's current projected release date is March

3          10, 2014.

4    5.    Effective November, 1, 2011, defendant is eligible for a modification of his sentence

5          pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 750, Parts A

6          and C, of the United States Sentencing Guidelines Manual.

7    6.    Defendant's revised guideline calculation is as follows:

8          Total Offense Level:   23

9          Criminal History Category: IV

10         Guideline Range: 70 to 87  months

11

12   7.    The parties have no reason to dispute the Reduction of Sentence Report submitted to the

13         Court by the probation office.

14

15   8.    Based upon the foregoing, the parties hereby stipulate that the Court may enter an order

16         reducing defendant's sentence to 70 months.

17

18   9.    The parties further stipulate that all other aspects of the original judgment order including

19         the length of term of supervised release, all conditions of supervision, fines, restitution,

20         and special assessment remain as previously imposed.

21

22   10.   Defendant stipulates that he waives and does not request a hearing in this matter pursuant

23         to Fed. R. Crim. P. 43, 18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220

24         (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007).

25

26

1    11.    Defendant waives his right to appeal the district court's sentence.

2    12.    Accordingly, the parties agree that an amended judgment may be entered by the Court in

3            accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and USSG §

4            1B1.10(b)(1), Amendment 750, Parts A and C, of the Sentencing Commission Guidelines

5            Manual.  The parties agree that a proposed amended judgment will be submitted to the

6            Court by the probation office, along with the Sentencing Reduction Investigation Report.

7    IT IS SO STIPULATED:

8                                                            /s/

9    Date:   March 27, 2012          _____
                                      ANTHONY J. BRASS
10                                    Attorney for Defendant

11                                                           /s/
     Date:   March 27, 2012          _____
12                                    BRIAN J. STRETCH
                                      Assistant United States Attorney
13

14                                    [PROPOSED] ORDER

15

16           Upon consideration of the stipulation submitted by the parties, it is hereby ORDERED

17   that the defendant's sentence is reduced to 70 months; and it is further ORDERED that all

18   original conditions of supervision, fines, restitution, and special assessment remain as previously

19   imposed.

20
     Date: 2/5/13                     _____
21                                    United States District Judge

22

23

24

25

26

Stipulation Reduction Sentence                    3