# UNITED STATES DISTRICT COURT
## for the

### Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| MONLETO LAMONT HOLLY | ) | Case No: CR-08-00469-001 SBA |
| | ) | USM No: 35953-086 |
| Date of Original Judgment: 12/16/2008 | ) | |
| Date of Previous Amended Judgment: | ) | Anthony John Brass (Appointed) |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED. ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 84 months **is reduced to** 70 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 12/16/2008 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 2 5-13

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable Saundra Brown Armstrong, U.S. District Judge
*Printed name and title*